UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN KOUTRAKOS,

        Plaintiff,

vs.                                     Case No. 8:08-CV-978-T-27TGW

HOSPITAL CORPORATION
OF AMERICA,

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 3) recommending that a ruling on Plaintiff's Motion to Proceed *in forma pauperis* (Dkt. 2) be deferred. Specifically, the Magistrate Judge determined that Plaintiff's Complaint (Dkt. 1) was due to be dismissed for failure to state a claim. However, the Magistrate Judge recommended deferring ruling on the Motion to Proceed *in forma pauperis* (Dkt. 2) pending Plaintiff's filing of an Amended Complaint. (Dkt. 3 at 3).

Plaintiff has filed an Amended Complaint (Dkt. 5), which the Court construes as Plaintiff's non-objection to the Report and Recommendation. Plaintiff has also filed a new Motion to Proceed *in forma pauperis* (Dkt. 6). Accordingly, it is **ORDERED AND ADJUDGED**:

1)     The Report and Recommendation (Dkt. 3 ) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review, except that Plaintiff's original Motion to Proceed *in forma pauperis* (Dkt. 2) is **DENIED AS MOOT**, given the filing of the new Motion to Proceed *in forma pauperis* (Dkt. 6).

2) Plaintiff's original Complaint (Dkt. 1) is dismissed without prejudice.

3) Plaintiff's Motion to Proceed *in forma pauperis* (Dkt. 6) is **REFERRED** to the Magistrate Judge for a determination based on the Amended Complaint (Dkt. 5).

**DONE AND ORDERED** in Tampa, Florida, on this 4th day of June, 2008.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
*Pro se* Plaintiff
Counsel of Record