UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN KOUTRAKOS,

        Plaintiff,

vs.                                                            Case No. 8:08-CV-978-T-27TGW

HOSPITAL CORPORATION
OF AMERICA,

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 9) recommending that Plaintiff's Amended Complaint (Dkt. 5) be dismissed for failure to state a claim, that Plaintiff be granted leave to file a Second Amended Complaint, and that ruling be deferred on Plaintiff's Motion to Proceed *in forma pauperis* (Dkt. 6). No party has objected to the Report and Recommendation and the time for doing so has expired.

After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

1)     The Report and Recommendation (Dkt. 10) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2)     Plaintiff's Amended Complaint (Dkt. 5) is dismissed without prejudice. Plaintiff is granted leave to file a Second Amended Complaint within **thirty (30) days** of the date of this Order.

1

<u>This will be Plaintiff's final opportunity to amend his complaint to state a claim for relief.</u>

     3)    Pending the filing of a Second Amended Complaint, ruling on the Motion to Proceed *in forma pauperis* (Dkt. 6) is deferred.

     **DONE AND ORDERED** in Tampa, Florida, on this __1st__ day of July, 2008.

                                              JAMES D. WHITTEMORE
                                              United States District Judge

Copies to:
*Pro se* Plaintiff
Counsel of Record